O/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JEFFREY HERRING,

                                      Plaintiff,

              -against-

CITY OF NEW YORK; GREGORY JEAN-BAPTISTE;
JEAN GAILLARD; EDWARD BABBINGTON; VASSILIOS
AIDINIOU; and JOHN and JANE DOE 1 through 10,
individually and in their official capacities (the names John and
Jane Doe being fictitious, as the true names are presently
unknown),

                                        Defendants.
-------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 276 (NGG)(RLM)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       May __, 2017

LONDON INDUSI, LLP
*Attorneys for Plaintiff*
186 Joralemon Street, Suite 1202
Brooklyn, New York 11201
(718) 301-4593

By: _____
    Joseph Indusi, Esq.
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Jean-Baptiste, Babbington, and Aidiniou*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Karl J. Ashanti, Esq.
    *Senior Counsel*

SO ORDERED:

s/ Nicholas G. Garaufis
_____
/HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: June 30, 2017

2